IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **FRANCO RIBEIRO and DEANNA RIBEIRO, as individuals and as next friends and biological parents of LUCAS RIBEIRO, an infant,** )<br>)<br>)<br>) | Case No. 8:12CV204 |
| **Plaintiffs,** ) | |
| v. ) | **ORDER TO SHOW CAUSE** |
| **BABY TREND, INC.,** ) | |
| **Defendant.** ) | |

The records of the court show that, by letter dated June 14, 2012, attorney Gregory K. Garland was directed to pay the 2011/2012 biennial attorney assessment fee, as required by NEGenR 1.7(h) within 15 days. The Clerk of the Court advises that, as of this date, Mr. Garland has not complied with this requirement. Under NEGenR 1.7(h), failure to pay the assessment is cause to remove an attorney from the court's roll.

**IT IS ORDERED:**

1. On or before **August 15, 2012**, attorney Gregory K. Garland shall pay the 2011/2012 biennial attorney assessment fee, as required by NEGenR 1.7(h), or show cause by written affidavit why he cannot comply with the rules of the court.

2. The Clerk shall transmit a copy of this order to Gregory K. Garland at his last known address.

DATED: August 8, 2012.

BY THE COURT:

s/ F.A. Gossett, III
**United States Magistrate Judge**