IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FRANCO RIBEIRO and DEANNA
RIBEIRO, as individuals and as next
friends and biological parents of LUCAS
RIBEIRO, an infant;

        Plaintiffs,

    vs.

BABY TREND, INC., a corporation;
DENNY TSAI, an individual; and BETTY
TSAI, an individual;

        Defendants.

**8:12CV204**

**ORDER**

Before the court is plaintiffs' Notice of Voluntary Dismissal without Prejudice of Denny Tsai and Betty Tsai Only (Filing No. 36), pursuant to Fed. R. Civ. P. 41(a). After reviewing the matter, the plaintiffs' cause of action against defendants Denny Tsai and Betty Tsai only, is hereby dismissed in its entirety, without prejudice, and with the parties to be responsible for their own costs and attorney fees.

    SO ORDERED.

    Dated this 21st day of March, 2013.

        BY THE COURT:

        s/ Joseph F. Bataillon
        United States District Judge