# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **FRANCO RIBEIRO, as individuals and as next friends and biological parents of Lucas Ribeiro, an infant, and DEANNA RIBEIRO, as individual and as next friend and biological parents of Lucas Ribeiro, an infant,** | ) ) ) ) ) ) ) ) | |
| | ) | **8:12CV204** |
| **Plaintiffs,** | ) ) | |
| V. | ) ) | |
| | ) | **ORDER** |
| **BABY TREND, INC., a corporation,** | ) ) | |
| **Defendant.** | ) | |

This matter is before the Court on Joseph Gross, Jr.'s Motion to Withdraw (filing 50) as counsel for Defendant Baby Trend, Inc. Upon the representation that Defendant will remain represented in this matter, the Motion will be granted.

Accordingly,

**IT IS ORDERED:**

1. The Motion to Withdraw (filing 50) is granted.

2. The Clerk of Court shall terminate Joseph Gross, Jr.'s appearance as counsel for Defendant and shall terminate future notices to Mr. Gross in this action.

**DATED July 17, 2013.**

BY THE COURT:

S/ F.A. Gossett
**United States Magistrate Judge**