# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| FRANCO RIBEIRO and DEANNA RIBEIRO, as individuals and as next friends and biological parents of LUCAS RIBEIRO, an infant,<br><br>Plaintiffs,<br><br>vs.<br><br>BABY TREND, INC., a corporation,<br><br>Defendant. | Case No. 8:12cv204<br><br>ORDER |

Counsel appeared telephonically for a planning conference regarding the current progression of the case. Michael Coyle and Ryan Sewell represented the plaintiffs. John Patton and Natalie Eshbach represented the defendant. After discussion,

**IT IS ORDERED:**

1. The deadlines and hearings set out in the Order Setting Final Schedule for Progression (#35), including the pretrial conference and trial dates, are stayed until further order of the court.

2. The parties will continue discovery.

3. A status conference will be held on **Monday, November 25, 2013, at 10:00 A.M. (CST),** to be held by telephone call initiated by counsel for the plaintiff.

Dated this 16th day of August 2013.

BY THE COURT:


S/ F.A. Gossett, III
United States Magistrate Judge