IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| FRANCO RIBEIRO and DEANNA RIBEIRO, as individuals and as next friends and biological parents of LUCAS RIBEIRO, an infant, | ) ) ) ) ) | CASE NO. 8:12cv204 |
| Plaintiffs, | ) ) | |
| vs. | ) ) | **UNOPPOSED MOTION TO FILE THIRD AMENDED COMPLAINT** |
| BABY TREND, INC., a corporation, HOLMBERGS CHILDSAFETY CO., LTD., f/K/a KENDRON SAFETY FUNCTIONS, CO., LTD., MARK SEDLACK, MILLENNIUM DEVELOPMENT CORP., INDIANA MILLS & MANUFACTURING, INC., and LERADO GROUP CO., LTD., | ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

COME NOW the Plaintiffs, through undersigned counsel, and state the following in support of their Unopposed Motion to File Third Amended Complaint:

1. Plaintiffs attach a copy of the proposed Third Amended Complaint adding Defendants Lerado Group (Holding) Company Ltd., Lerado (Zhong Shan) Industrial Co., Ltd., Lerado China Limited, and Lerado H.K. Limited as Defendants and amending paragraph 7 of Plaintiff's Second Amended Complaint.

2. Plaintiffs received a Certificate of Service dated February 13, 2014, from the Chinese Central Authority, stating that service upon Lerado Group Co., Ltd. could not be obtained because the entity at that address contended it is a branch factory of Lerado Group Co., Ltd., and not the entity itself. Plaintiff filed a Return of Service regarding the same. (Filing no. 88).

3. Based upon subsequently obtained information, Plaintiffs seek to add Lerado Group (Holding) Company Ltd., Lerado (Zhong Shan) Industrial Co., Ltd., Lerado China Limited, and Lerado H.K. Limited as Defendants in this matter.

4. Opposing counsel on record have informed there are no objections to this Motion.

WHEREFORE, Plaintiffs respectfully request this Court grant this Unopposed Motion to file the attached Third Amended Complaint.

DATED this 9th day of April, 2014.

    FRANCO RIBEIRO and DEANNA RIBEIRO, as individuals and biological parents and next friends of LUCAS RIBEIRO, an infant, Plaintiffs

By:   /s/ Ryan M. Sewell
Michael F. Coyle #18299
Ryan M. Sewell #22476
Emily J. Wischnowski, #25101
FRASER STRYKER PC LLO
500 Energy Plaza
409 South 17th Street
Omaha, NE 68102
402-341-6000
    and
Greg Garland #16248
GARLAND LAW PC
Linden Place, Suite 100
14301 FNB Parkway
Omaha, NE 68154
(402) 330-7000

ATTORNEYS FOR PLAINTIFFS

2

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically with the United States District Court for the District of Nebraska on April 9th, 2014, using the CM/ECF system which sent notification of such filing to the following:

Michael Gregory Vranicar
John William Patton, Jr.
Natalie J. Eschbach
Patton & Ryan, LLC
330 North Wabash, Suite 3800
Chicago, IL 60611
    and
Joseph F. Gross, Jr.
Timmermier, Gross Law firm
8712 West Dodge Road, Suite 401
Omaha, NE 68114
ATTORNEYS FOR DEFENDANT BABY TREND, INC.

Michael F. Kinney
David A. Blagg
Ronald F. Krause
Cassem, Tierney, Adams, Gotch & Douglas
9290 West Dodge Road, Suite 302
Omaha, NE 68114-3320
    and
Matthew R. King
Randall R. Riggs
Frost Brown Todd LLC
P. O. Box 44961
Indianapolis, IN 46244-0961
ATTORNEYS FOR DEFENDANT
INDIANA MILLS & MANUFACTURING, INC.

                                              */s/ Ryan M. Sewell*

763299