IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| FRANCO RIBEIRO, as individuals and as next friends and biological parents of Lucas Ribeiro, an infant, and DEANNA RIBEIRO, as individual and as next friend and biological parents of Lucas Ribeiro, an infant, | ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. 8:12CV204 |
| v. | ) ) | |
| BABY TREND, INC., a corporation, MARK SEDLACK, MILLENIUM DEVELOPMENT CORP., INDIANA MILLS & MANUFACTURING INC., LERADO GROUP CO., LTD., LERADO GROUP (HOLDING) COMPANY, LTD., LERADO (ZHONG SHAN) INDUSTRIAL CO., LTD., LERADO CHINA LIMITED, LERADO H.K. LIMITED, HOLMBERGS SAFETY SYSTEM HOLDING AB, GNOSJOGRUPPEN AB, and HOLMBERGS CHILDSAFETY AB, | ) ) ) ) ) ) ) ) ) ) ) ) | **ORDER** |
| Defendants. | ) ) | |

This case is before the court on the Motion to Withdraw (#167) filed by Frank A. Taylor and the law firm of Briggs and Morgan, P.A. and William G. Dittrick and the law firm of Baird Holm LLP, as counsel for Lerado Group Co., Ltd., Lerado Group (Holding) Company, Ltd., Lerado (Zhong Shan) Industrial Co., Ltd., Lerado China Limited, and Lerado H.K. Limited (collectively "Lerado"). On December 23, 2014, John C. Gray and the Heidman Law Firm filed an Appearance (#171), on behalf of Lerado. Therefore,

**IT IS ORDERED:**

(1) The Motion to Withdraw (#167) filed by Frank A. Taylor and the law firm of Briggs and Morgan, P.A. and William G. Dittrick and the law firm of Baird Holm LLP, is granted.

     (2)    The Clerk of the Court shall terminate Frank A. Taylor and the law firm of Briggs and Morgan, P.A. and William G. Dittrick and the law firm of Baird Holm LLP, as counsel for Lerado, and shall terminate future notices to them in this action.

     DATED this 23rd day of December, 2014.

                                       BY THE COURT:

                                       s/ F.A. Gossett, III
                                       United States Magistrate Judge