IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **FRANCO RIBEIRO, as individuals and as next friends and biological parents of Lucas Ribeiro, an infant, and DEANNA RIBEIRO, as individual and as next friend and biological parents of Lucas Ribeiro, an infant,** | )<br>)<br>)<br>)<br>)<br>)<br>) | |
| **Plaintiffs,** | )<br>) | **8:12CV204** |
| **V.** | )<br>) | |
| **BABY TREND, INC., a corporation, MARK SEDLACK, MILLENIUM DEVELOPMENT CORP., INDIANA MILLS & MANUFACTURING INC., LERADO GROUP CO., LTD., LERADO GROUP (HOLDING) COMPANY, LTD., LERADO (ZHONG SHAN) INDUSTRIAL CO., LTD., LERADO CHINA LIMITED, LERADO H.K. LIMITED, HOLMBERGS SAFETY SYSTEM HOLDING AB, GNOSJOGRUPPEN AB, HOLMBERGS CHILDSAFETY AB, and GNOTEC REFTELE AB,** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **ORDER** |
| **Defendants.** | ) | |

    This matter is before the Court on Elizabeth Smith's motion to withdraw as counsel for Defendant Holmbergs Childsafety Co., Ltd. (Filing 195.) Upon the representation that said Defendant will remain represented in this case, the motion will be granted.

    **IT IS ORDERED:**

1.    The Motion to Withdraw (filing 195) is granted.

2.    The Clerk of Court shall terminate Elizabeth Smith's appearance as counsel for Defendant Holmbergs Childsafety Co., Ltd. and shall terminate future notices to her in this case.

    **DATED March 3, 2015.**

                                               **BY THE COURT:**

                                             **S/ F.A. Gossett**
                                             **United States Magistrate Judge**