# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **FRANCO RIBEIRO, as individuals and as next friends and biological parents of Lucas Ribeiro, an infant, and DEANNA RIBEIRO, as individual and as next friend and biological parents of Lucas Ribeiro, an infant,** | )<br>)<br>)<br>)<br>)<br>)<br>) |
| Plaintiffs, | )  8:12CV204 |
| V. | )<br>) |
| **BABY TREND, INC., a corporation, MARK SEDLACK, MILLENIUM DEVELOPMENT CORP., INDIANA MILLS & MANUFACTURING INC., LERADO GROUP CO., LTD., LERADO GROUP (HOLDING) COMPANY, LTD., LERADO (ZHONG SHAN) INDUSTRIAL CO., LTD., LERADO CHINA LIMITED, LERADO H.K. LIMITED, HOLMBERGS SAFETY SYSTEM HOLDING AB, GNOSJOGRUPPEN AB, HOLMBERGS CHILDSAFETY AB, and GNOTEC REFTELE AB,** | )  ORDER<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

Plaintiffs have filed a motion requesting that the Court extend the deadline for them to respond to the pending motion to dismiss filed by Lerado Group Co., Ltd; Lerado Group (Holding) Company Ltd.; Lerado (Zhong Shan) Industrial Co., Ltd.; Lerado China Limited; and Lerado H.K. Limited (collectively "Lerado"). ([Filing 209](#).) Plaintiffs also seek leave to conduct jurisdictional discovery. Alternatively, Plaintiffs request that the Court overrule the Lerado Defendants' motion to dismiss.

The Court will grant Plaintiffs' request for extension of time, as well as their request

for leave to conduct jurisdictional discovery. This action involves multiple foreign entities and the complicated process of service through the Hague Convention. Given the complexity of the situation and parties involved, it would be unduly prejudicial to require Plaintiffs to respond to jurisdictional challenges without some additional discovery.

Accordingly,

**IT IS ORDERED:**

1. Plaintiffs' Motion for Leave to Extend Deadline and to Conduct Jurisdictional Discovery (filing 209) is granted.

2. Plaintiffs shall take 30(b)(6) depositions of Baby Trend and the Lerado defendants challenging jurisdiction by or before June 4, 2015. Plaintiffs shall respond to the pending motion to dismiss no later than June 19, 2015.

**DATED April 29, 2015.**

                                       **BY THE COURT:**

                                       S/ F.A. Gossett
                                       **United States Magistrate Judge**