# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| FRANCO RIBEIRO, as individuals and as next friends and biological parents of Lucas Ribeiro, an infant, and DEANNA RIBEIRO, as individual and as next friend and biological parents of Lucas Ribeiro, an infant, | ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | 8:12CV204 |
| V. | ) ) | |
| BABY TREND, INC., a corporation, MARK SEDLACK, MILLENIUM DEVELOPMENT CORP., INDIANA MILLS & MANUFACTURING INC., LERADO GROUP CO., LTD., LERADO GROUP (HOLDING) COMPANY, LTD., LERADO (ZHONG SHAN) INDUSTRIAL CO., LTD., LERADO CHINA LIMITED, LERADO H.K. LIMITED, HOLMBERGS SAFETY SYSTEM HOLDING AB, GNOSJOGRUPPEN AB, HOLMBERGS CHILDSAFETY AB, and GNOTEC REFTELE AB, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | ORDER |
| Defendants. | ) | |

Plaintiffs have filed a motion requesting that the Court extend the deadline for them to respond to the motion to dismiss filed by Gnotec Reftele AB ("Gnotec") in order to conduct jurisdictional discovery.  (Filing 221.)

Given the complexity of this action and the parties involved, the Court will grant Plaintiffs' motion.

Accordingly,

**IT IS ORDERED:**

1.      Plaintiffs' Motion for Leave to Extend Deadline and to Conduct Jurisdictional Discovery (filing 221) is granted.

2.      Plaintiffs shall take 30(b)(6) depositions of representatives of Gnotec by or before June 29, 2015.  Plaintiffs shall respond to Gnotec's motion to dismiss by July 14, 2015.

**DATED May 18, 2015.**

                        **BY THE COURT:**

                        **S/ F.A. Gossett**
                        **United States Magistrate Judge**