IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| FRANCO RIBEIRO and DEANNA RIBEIRO, as individuals and as next friends and biological parents of LUCAS RIBEIRO, an infant,  Plaintiffs, vs. BABY TREND, INC., et al.,  Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) | CASE NO. 8:12cv204  **MOTION TO COMPEL SCHEDULING OF JURISDICTIONAL DEPOSITION OF GNOTEC REFTELE AB** |

COME NOW the Plaintiffs, Franco Ribeiro and Deanna Ribeiro ("Plaintiffs"), by and through their counsel of record, and request an Order setting dates for the jurisdictional corporate deposition of Defendant Gnotec Reftele AB.  In the alternative, Plaintiffs request an enlargement of time to schedule such deposition with Gnotec Reftele AB and to respond to Gnotec's Motion to Dismiss. In support of this Motion, Plaintiffs submit contemporaneously herewith a short supporting brief.

Dated:  June 4, 2015.

                              FRANCO RIBEIRO and DEANNA RIBEIRO,
                              as individuals and biological parents and next
                              friends of LUCAS RIBEIRO, an infant,
                              Plaintiffs,

By:   */s/ Emily J. Wischnowski*
       Michael F. Coyle #18299
       Ryan M. Sewell #22476
       Emily J. Wischnowski #25101
       F RASER S TRYKER PC LLO
       500 Energy Plaza
       409 South 17th Street
       Omaha, NE 68102
       402-341-6000
          and

        Greg Garland  #16248
        GARLAND LAW PC
        Linden Place, Suite 100
        14301 FNB Parkway
        Omaha, NE 68154
        (402) 330-7000

        ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically with the United States District Court for the District of Nebraska on June 4, 2015, using the CM/ECF system which sent notification of such filing to the following:

Michael Gregory Vranicar
John William Patton, Jr.
Natalie J. Eschbach
Patton & Ryan, LLC
330 North Wabash, Suite 3800
Chicago, IL 60611
    and
Joseph F. Gross, Jr.
Timmermier, Gross Law firm
8712 West Dodge Road, Suite 401
Omaha, NE 68114
ATTORNEYS FOR DEFENDANTS BABY TREND, INC.,
MARK SEDLACK AND
MILLENIUM DEVELOPMENT CORP.

Michael F. Kinney
David A. Blagg
Ronald F. Krause
Cassem, Tierney, Adams, Gotch & Douglas
9290 West Dodge Road, Suite 302
Omaha, NE 68114-3320
    and
Matthew R. King
Randall R. Riggs
Frost Brown Todd LLC
P. O. Box 44961
Indianapolis, IN 46244-0961
ATTORNEYS FOR DEFENDANT
INDIANA MILLS & MANUFACTURING, INC.

Stephen G. Olson, II
Kristina J. Kamler
Engles, Ketcham, Olson & Keith, P.C.
1350 Woodmen Tower
1700 Farnam Street
Omaha, NE 68102
ATTORNEYS FOR DEFENDANT
GNOTEC REFTELE AB, GNOSJÖGRUPPEN AB,
and HOLMBERGS SAFETY SYSTEM HOLDING AB

John C. Gray
Heidman Law Firm, L.L.P.
128 Historic Fourth Street
P. O. Box 3086
Sioux City, IA 51102-3086
ATTORNEYS FOR DEFENDANTS
LERADO GROUP CO., LTD.,
LERADO GROUP (HOLDING) COMPANY, LTD
LERADO (ZHONG SHAN) INDUSTRIAL CO., LTD.
LERADO CHINA LIMITED and LERADO H.K. LIMITED

                                            */s/ Emily J. Wischnowski*

1301697 v1