IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **FRANCO RIBEIRO, as individuals and as next friends and biological parents of Lucas Ribeiro, an infant, and DEANNA RIBEIRO, as individual and as next friend and biological parents of Lucas Ribeiro, an infant,** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | |
| | ) | **8:12CV204** |
| **Plaintiffs,** | )<br>) | |
| V. | )<br>) | |
| | ) | **ORDER** |
| **BABY TREND, INC., a corporation, MARK SEDLACK, MILLENIUM DEVELOPMENT CORP., INDIANA MILLS & MANUFACTURING INC., LERADO GROUP CO., LTD., LERADO GROUP (HOLDING) COMPANY, LTD., LERADO (ZHONG SHAN) INDUSTRIAL CO., LTD., LERADO CHINA LIMITED, LERADO H.K. LIMITED, HOLMBERGS SAFETY SYSTEM HOLDING AB, GNOSJOGRUPPEN AB, HOLMBERGS CHILDSAFETY AB, and GNOTEC REFTELE AB,** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | |
| **Defendants.** | ) | |

On May 18, 2015, the Court directed Plaintiffs to take the 30(b)(6) deposition of Gnotec by or before June 29, 2015. Gnotec has advised Plaintiffs that Gnotec will not be available for deposition during the month of June. Consequently, Plaintiffs have moved the Court for an extension of time to take the 30(b)(6) deposition, as well as for an extension of Plaintiffs' deadline to respond to Gnotec's pending motion to dismiss. The motion will be granted.

Accordingly,

**IT IS ORDERED:**

1. Plaintiffs' Motion to Compel Scheduling of Jurisdictional Deposition of Gnotec (filing 231) is granted.

2. **Gnotec must make itself available for a 30(b)(6) deposition no later than July 29, 2015.**

3. Plaintiffs shall respond to Gnotec's motion to dismiss by August 14, 2015.

**DATED June 5, 2015.**

        **BY THE COURT:**

        S/ F.A. Gossett
        **United States Magistrate Judge**