# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **FRANCO RIBEIRO, as individuals and as next friends and biological parents of Lucas Ribeiro, an infant, and DEANNA RIBEIRO, as individual and as next friend and biological parents of Lucas Ribeiro, an infant,** | ) ) ) ) ) ) ) ) | |
| | ) | **8:12CV204** |
| Plaintiffs, | ) ) | |
| V. | ) ) | **ORDER** |
| **BABY TREND, INC., a corporation, MARK SEDLACK, MILLENIUM DEVELOPMENT CORP., INDIANA MILLS & MANUFACTURING INC., LERADO GROUP CO., LTD., LERADO GROUP (HOLDING) COMPANY, LTD., LERADO (ZHONG SHAN) INDUSTRIAL CO., LTD., LERADO CHINA LIMITED, LERADO H.K. LIMITED, HOLMBERGS SAFETY SYSTEM HOLDING AB, GNOSJOGRUPPEN AB, HOLMBERGS CHILDSAFETY AB, and GNOTEC REFTELE AB,** | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | | |

Defendant Gnotec Reftele AB ("Gnotec") has moved the Court to reconsider its August 3, 2015 Order (filing 247) which gave Plaintiffs until August 28, 2015 to conduct jurisdictional discovery and until September 18, 2015 to respond to Gnotec's motion to dismiss. The Motion to Reconsider will be denied as Gnotec has not identified any grounds warranting reconsideration of the Order.

Notably, in support of its Motion to Reconsider, Gnotec contends that the Court has

yet to rule upon Gnotec's request for relief from Plaintiffs' discovery requests.  However, there is no actual motion before the Court seeking this relief.

Accordingly,

**IT IS ORDERED** that Gnotec's Motion to Reconsider (filing 250) is denied.

**DATED September 14, 2015.**

                            **BY THE COURT:**

                            **S/ F.A. Gossett**
                            **United States Magistrate Judge**