IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| FRANCO RIBEIRO, as individuals and as next friends and biological parents of Lucas Ribeiro, an infant; and DEANNA RIBEIRO, as individuals and as next friends and biological parents of Lucas Ribeiro, an infant;<br><br>Plaintiffs,<br><br>vs.<br><br>BABY TREND, INC., a corporation; MARK SEDLACK, MILLENIUM DEVELOPMENT CORP., INDIANA MILLS & MANUFACTURING INC., LERADO GROUP CO., LTD., LERADO GROUP (HOLDING) COMPANY, LTD., LERADO (ZHONG SHAN) INDUSTRIAL CO., LTD., LERADO CHINA LIMITED, LERADO H.K. LIMITED, HOLMBERGS SAFETY SYSTEM HOLDING AB, GNOSJOGRUPPEN AB, HOLMBERGS CHILDSAFETY AB, GNOTEC REFTELE AB, MAXI MILIAAN B.V., AND DOREL INDUSTRIES, INC.,<br><br>Defendants. | 8:12CV204<br><br>**ORDER** |

      This matter is before the Court on defendants' Lerado (Zhong Shan) Industrial Co., Ltd., Lerado China Limited, Lerado Group (Holding) Company, Ltd., Lerado Group Co., Ltd., Lerado H.K. Limited motion to dismiss the Sixth Amended Complaint, Filing No. 201; defendant Gnotec Reftele AB's motion to dismiss plaintiff's complaint for lack of personal jurisdiction, Filing No. 213; and plaintiffs' motion for a hearing regarding the motions to dismiss, Filing No. 312. Subsequent to the filings of these motions, plaintiff filed a Seventh Amended Complaint. Filing No. 328. As a result, all motions are moot at this time. Defendants are free to file appropriate motions or answers as they deem fit with regard to the Seventh Amended Complaint.

THEREORE, IT IS ORDERED THAT:

1. Defendants' motion to dismiss, Filing No. 201, is denied as moot;

2. Defendant's motion to dismiss, Filing No. 213, is denied as moot; and

3. Plaintiffs' motion for a hearing, Filing No. 312, is denied as moot.


Dated this 29th day of January, 2016

                                        BY THE COURT:

                                        s/ Joseph F. Bataillon
                                        Senior United States District Judge