IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| FRANCO RIBEIRO and DEANNA RIBEIRO, as individuals and as next friends and biological parents of LUCAS RIBEIRO, an infant, | ) ) ) ) ) | CASE NO. 8:12cv204 |
| Plaintiffs, | ) ) ) | **MOTION TO RESTRICT ACCESS TO UNREDACTED DOCUMENTS** |
| vs. | ) ) | |
| BABY TREND, INC., et al., | ) ) | |
| Defendants. | ) | |

COMES NOW Plaintiffs Franco Ribeiro and Deanna Ribeiro ("Plaintiffs"), pursuant to NECivR 5.0.3(c) and the E-Government Act of 2002, Pub. L. No. 107-347, 116 Stat. 2899 (Dec. 17, 2002), hereby move the Court for an Order restricting access to (1) Plaintiff's Brief in Opposition to Lerado's Motions to Dismiss ("Brief") (Filing No. 365) and (2) Index of Evidence in Support of Plaintiff's Brief in Opposition to Lerado's Motions to Dismiss ("Index") (Filing No. 366). Restriction is appropriate as certain information contained within the Brief and Index is subject to a Stipulated Protective Order which was entered in the above-captioned lawsuit. (Filing No. 333).

WHEREFORE, Plaintiffs respectfully request an Order restricting public access to the Brief and Index.

Dated this 4th day of March, 2016.

                FRANCO RIBEIRO and DEANNA RIBEIRO, as individuals and biological parents and next friends of LUCAS RIBEIRO, an infant,
Plaintiffs,

By:    /s/ Emily J. Wischnowski
        Michael F. Coyle #18299
        Ryan M. Sewell #22476
        Emily J. Wischnowski #25101
        FRASER STRYKER PC LLO
        500 Energy Plaza
        409 South 17th Street
        Omaha, NE 68102
        402-341-6000
           and
        Greg Garland  #16248
        GARLAND LAW PC
        Linden Place, Suite 100
        14301 FNB Parkway
        Omaha, NE 68154
        (402) 330-7000

        ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically with the United States District Court for the District of Nebraska on March 4, 2016, using the CM/ECF system which sent notification of such filing to the following:

John W. Patton, Jr.
Michael G. Vranicar
Natalie J. Eschbach
Patton & Ryan, LLC
330 N. Wabash, Suite 3800
Chicago, IL  60611
***Counsel for Baby Trend; Mark Sedleck; and Millenium Development***

Michael F. Kinney
David A. Blagg
Ronald F. Krause
Cassem, Tierney, Adams, Gotch
 & Douglas
9290 W. Dodge Road, Suite 302
Omaha, NE  68114
***Counsel for Indiana Mills***

Matthew R. King
Randall R. Riggs
Frost Brown Todd, LLC
P.O. Box 44961
Indianapolis, IN  46244
***Counsel for Indiana Mills***

John C. Gray
Jessica A. Uhlenkamp
Heidman Law Firm, LLP
128 Historic Fourth Street
P.O. Box 3086
Sioux City, IA  51102-3086
***Counsel for Lerado Group Co., Ltd.; Lerado Group (Holding) Company; Lerado (Zhong Shan) Industrial Co., Ltd.; Lerado China Limited; and Lerado H.K. Limited:***

Stephen G. Olson, II
Elizabeth B. Smith
Kristina J. Kamler
Engles, Ketcham, Olson & Keith, P.C.
1350 Woodmen Tower
1700 Farnam Street
Omaha, NE  68102
***Counsel for Gnotec Reftele AB; AB Gnosjogruppen AB and Holmbergs Safety System Holding AB***

/s/ Emily J. Wischnowski

1421965 v1