IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| FRANCO RIBEIRO and DEANNA RIBEIRO, as individuals and as next friends and biological parents of LUCAS RIBEIRO, an infant, | ) ) ) ) ) | Case No. 8:12cv204 |
| Plaintiffs, | ) ) | |
| vs. | ) ) | |
| BABY TREND, INC.; MARK SEDLACK; MILLENIUM DEVELOPMENT CORP.; INDIANA MILLS & MANUFACTURING, INC.; LERADO GROUP CO., LTD.; LERADO GROUP (HOLDING) COMPANY, LTD.; LERADO (ZHONG SHAN) INDUSTRIAL CO., LTD.; LERADO CHINA LIMITED; LERADO HK LIMITED; HOLMBERGS SAFETY SYSTEM HOLDING AB f/k/a HOLMBERGS CHILDSAFETY AB; HOLMBERGS CHILDSAFETY AB f/k /a KENDRION HOLMBERGS AB d/b/a HOLMBERGS; HOLMBERGS SAFETY SYSTEM HOLDING AB f/k/a HOLMBERGS CHILDSAFETY HOLDING AB d/b/a HOLMBERGS; GNOSJÖGRUPPEN AB f/k/a KENDRION AUTOMOTIVE METALS AB d/b/a HOLMBERGS; HOLMBERGS SAFETY SYSTEM HOLDING AB, GNOTEC REFTELE AB, MAXI MILIAAN B.V., and DOREL INDUSTRIES, INC., | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | **DEFENDANTS, BABY TREND, INC.; MARK SEDLACK; AND MILLENIUM DEVELOPMENT CORP.'S, MOTION TO COMPEL INSPECTIONS AND TESTING** |
| Defendants. | ) | |

COME NOW Defendants, BABY TREND, INC.; MARK SEDLACK; and MILLENIUM DEVELOPMENT CORP., by and through their counsel of record, PATTON & RYAN, LLC, pursuant to Rules 26 and 34, and 37 of the Federal Rules of Civil Procedure, hereby file this Motion to Compel Inspections and Testing (hereinafter the "Motion"). This Motion seeks to compel Plaintiffs to make available for inspection and testing the product that allegedly caused

injury to Plaintiff. A brief, index of evidence, and exhibits thereto supporting this Motion will be filed contemporaneously with the Motion.

Pursuant to NECivR 7.1(i), the undersigned counsel states that she and Plaintiffs' counsel have had personal consultation and made sincere attempts to resolve this discovery dispute. The undersigned and Plaintiffs' counsel have discussed the issues raised in this motion via e-mail numerous times and have had telephonic conversations, including most recently on March 9, 2016. The undersigned, Plaintiffs' counsel, and counsel for Indiana Mills & Manufacturing, Inc. conferred and communicated regarding available dates for the inspection and depositions, which appear to be April 6, 22, 26, and 27; and May 24, 25, 26, 27, 30 and 31.

Dated: March 9, 2016

                                      Defendants, BABY TREND, INC., MARK SEDLACK, and MILLENIUM DEVELOPMENT CORP.


                                      By:   /s/ Natalie J. Eschbach
                                             John W. Patton, Jr.
                                             Michael G. Vranicar
                                             Natalie J. Eschbach
                                             PATTON & RYAN LLC
                                             330 N. Wabash, Suite 3800
                                             Chicago, IL 60611
                                             Telephone:  (312) 261-5160
                                             Facsimile:   (312) 261-5161
                                             jpatton@pattonryan.com
                                             mvranicar@pattonryan.com
                                             neschbach@pattonryan.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing, Defendants, Baby Trend, Inc.; Mark Sedlack; and Millenium Development Corp.'s, Motion to Compel Inspections and Testing was served on the following parties on March 9, 2016, via the Court's ECF system:

**Attorneys for Plaintiffs:**
Michael F. Coyle
Ryan M. Sewell
Emily J. Wischnowski
Jacqueline M. DeLuca
Fraser Stryker PC LLO
500 Energy Plaza
409 South 17th Street
Omaha, NE 68102

**Attorney for Plaintiffs:**
Greg Garland
Garland Law PC
Linden Place, Suite 100
14301 FNB Parkway
Omaha, NE 68154

**Attorneys for Defendants,**
**Baby Trend, Inc.;**
**Mark Sedlack;**
**Millenium Development Corp.**
John W. Patton, Jr.
Michael G. Vranicar
Natalie J. Eschbach
Patton & Ryan, LLC
330 N. Wabash, Suite 3800
Chicago, IL  60611

**Attorneys for Defendants, Gnotec Reftele AB, Gnosjögruppen AB, and Holmbergs Safety System Holding AB**
Stephen G. Olson, II
Elizabeth B. Smith
Kristina J. Kamler
Engles, Ketcham, Olson & Keith, P.C.
1350 Woodmen Tower
1700 Farnam Street
Omaha, NE 68102

**Attorneys for Defendant, Indiana Mills & Manufacturing, Inc.**
Michael F. Kinney
David A. Blagg
Ronald F. Krause
Cassem, Tierney, Adams, Gotch & Douglas
9290 West Dodge Road, Suite 302
Omaha, NE 68114-3320

**Attorneys for Defendant, Indiana Mills & Manufacturing, Inc.**
Matthew R. King
Randall R. Riggs
Frost Brown Todd, LLC
P.O. Box 44961
Indianapolis, IN 46244-0961

**Attorneys for Defendants,**
**Lerado Group Co., Ltd.;**
**Lerado Group (Holding) Company, Ltd.**
**Lerado (Zhong Shan) Industrial Co., Ltd.**
**Lerado China Limited and**
**Lerado H.K. Limited**
John C. Gray
Heidman Law Firm, LLP
128 Historic Fourth Street
P.O. Box 3086
Sioux City, IA  51102-3086

                                          /s/ Natalie J. Eschbach
One of the Attorneys for the Defendants,
Baby Trend, Inc.; Mark Sedlack; and
Millenium Development Corp.

John W. Patton, Jr.
Michael G. Vranicar
Natalie J. Eschbach
PATTON & RYAN LLC
330 N. Wabash, Suite 3800
Chicago, IL 60611
Telephone:  (312) 261-5160
Facsimile:    (312) 261-5161