IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| FRANCO RIBEIRO and DEANNA RIBEIRO, as individuals and as next friends and biological parents of LUCAS RIBEIRO, an infant,<br><br>        Plaintiffs,<br><br>vs.<br><br>BABY TREND, INC.; MARK SEDLACK; MILLENIUM DEVELOPMENT CORP.; INDIANA MILLS & MANUFACTURING, INC.; LERADO GROUP CO., LTD.; LERADO GROUP (HOLDING) COMPANY, LTD.; LERADO (ZHONG SHAN) INDUSTRIAL CO., LTD.; LERADO CHINA LIMITED; LERADO HK LIMITED; HOLMBERGS SAFETY SYSTEM HOLDING AB f/k/a HOLMBERGS CHILDSAFETY AB; HOLMBERGS CHILDSAFETY AB f/k/a KENDRION HOLMBERGS AB d/b/a HOLMBERGS; HOLMBERGS SAFETY SYSTEM HOLDING AB f/k/a HOLMBERGS CHILDSAFETY HOLDING AB d/b/a HOLMBERGS; GNOSJÖGRUPPEN AB f/k/a KENDRION AUTOMOTIVE METALS AB d/b/a HOLMBERGS; HOLMBERGS SAFETY SYSTEM HOLDING AB, GNOTEC REFTELE AB, MAXI MILIAAN B.V., and DOREL INDUSTRIES, INC.,<br><br>        Defendants. | Case No. 8:12cv204<br><br><br><br><br><br><br><br><br><br>**DEFENDANTS, BABY TREND, INC.; MARK SEDLACK; AND MILLENIUM DEVELOPMENT CORP.'S, MOTION TO COMPEL PLAINTIFFS' DEPOSITIONS** |

COME NOW Defendants, BABY TREND, INC.; MARK SEDLACK; and MILLENIUM DEVELOPMENT CORP., by and through their counsel of record, PATTON & RYAN, LLC, pursuant to Rules 30 and 37 of the Federal Rules of Civil Procedure, hereby file this Motion to Compel Plaintiffs' depositions (hereinafter the "Motion"). This Motion seeks to compel Plaintiffs to appear for their depositions prior to the Defendants' depositions, and subsequent to

the first inspection consisting of nondestructive testing. A brief, index of evidence, and exhibits thereto supporting this Motion will be filed contemporaneously with the Motion. The Defendants' motion to compel inspections and testing will also be filed contemporaneously with this Motion.

Pursuant to NECivR 7.1(i), the undersigned counsel states that she and Plaintiffs' counsel have had personal consultation and made sincere attempts to resolve this discovery dispute. The undersigned and Plaintiffs' counsel have discussed the issues raised in this motion via e-mail numerous times and have had telephonic conversations, including most recently on March 9, 2016. The undersigned, Plaintiffs' counsel, and counsel for Indiana Mills & Manufacturing, Inc. conferred and communicated regarding available dates for the inspection and depositions, which appear to be April 6, 22, 26, and 27; and May 24, 25, 26, 27, 30 and 31. Defendants' Counsel noticed Plaintiffs' depositions for April 22, 2016, with the inspection to take place on April 6, 2016.

Dated: March 9, 2016

           Defendants, BABY TREND, INC., MARK SEDLACK,
           and MILLENIUM DEVELOPMENT CORP.


          By:  /s/ Natalie J. Eschbach
            John W. Patton, Jr.
            Michael G. Vranicar
            Natalie J. Eschbach
            PATTON & RYAN LLC
            330 N. Wabash, Suite 3800
            Chicago, IL 60611
            Telephone:  (312) 261-5160
            Facsimile:    (312) 261-5161
            jpatton@pattonryan.com
            mvranicar@pattonryan.com
            neschbach@pattonryan.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing, Defendants, Baby Trend, Inc.; Mark Sedlack; and Millenium Development Corp.'s, Motion to Compel Plaintiffs' Depositions was served on the following parties on March 9, 2016, via the Court's ECF system:

**Attorneys for Plaintiffs:**
Michael F. Coyle
Ryan M. Sewell
Emily J. Wischnowski
Jacqueline M. DeLuca
Fraser Stryker PC LLO
500 Energy Plaza
409 South 17th Street
Omaha, NE 68102

**Attorney for Plaintiffs:**
Greg Garland
Garland Law PC
Linden Place, Suite 100
14301 FNB Parkway
Omaha, NE 68154

**Attorneys for Defendants,**
**Baby Trend, Inc.;**
**Mark Sedlack;**
**Millenium Development Corp.**
John W. Patton, Jr.
Michael G. Vranicar
Natalie J. Eschbach
Patton & Ryan, LLC
330 N. Wabash, Suite 3800
Chicago, IL  60611

**Attorneys for Defendants, Gnotec Reftele AB, Gnosjögruppen AB, and Holmbergs Safety System Holding AB**
Stephen G. Olson, II
Elizabeth B. Smith
Kristina J. Kamler
Engles, Ketcham, Olson & Keith, P.C.
1350 Woodmen Tower
1700 Farnam Street
Omaha, NE 68102

**Attorneys for Defendant, Indiana Mills & Manufacturing, Inc.**
Michael F. Kinney
David A. Blagg
Ronald F. Krause
Cassem, Tierney, Adams, Gotch & Douglas
9290 West Dodge Road, Suite 302
Omaha, NE 68114-3320

**Attorneys for Defendant, Indiana Mills & Manufacturing, Inc.**
Matthew R. King
Randall R. Riggs
Frost Brown Todd, LLC
P.O. Box 44961
Indianapolis, IN 46244-0961

**Attorneys for Defendants,**
**Lerado Group Co., Ltd.;**
**Lerado Group (Holding) Company, Ltd.**
**Lerado (Zhong Shan) Industrial Co., Ltd.**
**Lerado China Limited and**
**Lerado H.K. Limited**
John C. Gray
Heidman Law Firm, LLP
128 Historic Fourth Street
P.O. Box 3086
Sioux City, IA  51102-3086

             /s/ Natalie J. Eschbach
            One of the Attorneys for the Defendants,
            Baby Trend, Inc.; Mark Sedlack; and
            Millenium Development Corp.

John W. Patton, Jr.
Michael G. Vranicar
Natalie J. Eschbach
PATTON & RYAN LLC
330 N. Wabash, Suite 3800
Chicago, IL 60611
Telephone: (312) 261-5160
Facsimile: (312) 261-5161