IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| FRANCO RIBEIRO and DEANNA RIBEIRO, as individuals and as next friends and biological parents of LUCAS RIBEIRO, an infant,<br><br>        Plaintiffs,<br><br>vs.<br><br>BABY TREND, INC., et al.,<br><br>        Defendants. | CASE NO. 8:12cv204<br><br><br><br>**NOTICE OF SERVICE** |

    Notice is hereby given that on the 1st day of April, 2016, Plaintiffs served upon Baby Trend, Inc., by and through its attorneys, their Response to Defendant Baby Trend's First Supplemental Request for Production to Plaintiffs.

    Dated this 1st day of April, 2016.

                                            FRANCO RIBEIRO and DEANNA RIBEIRO, as individuals and biological parents and next friends of LUCAS RIBEIRO, an infant, Plaintiffs,

                          By:   */s/ Emily J. Wischnowski*
                               Michael F. Coyle #18299
                               Ryan M. Sewell #22476
                               Emily J. Wischnowski #25101
                               F<small>RASER</small> S<small>TRYKER</small> PC LLO
                               500 Energy Plaza
                               409 South 17th Street
                               Omaha, NE 68102
                               402-341-6000
                                   and

>Greg Garland  #16248
>GARLAND LAW PC
>Linden Place, Suite 100
>14301 FNB Parkway
>Omaha, NE 68154
>(402) 330-7000
>
>ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically with the United States District Court for the District of Nebraska on April 1, 2016, using the CM/ECF system which sent notification of such filing to the following:

John W. Patton, Jr.
Michael G. Vranicar
Natalie J. Eschbach
Patton & Ryan, LLC
330 N. Wabash, Suite 3800
Chicago, IL  60611
***Counsel for Baby Trend; Mark Sedleck; and Millenium Development***

Michael F. Kinney
David A. Blagg
Ronald F. Krause
Cassem, Tierney, Adams, Gotch
  & Douglas
9290 W. Dodge Road, Suite 302
Omaha, NE  68114
***Counsel for Indiana Mills***

Matthew R. King
Randall R. Riggs
Frost Brown Todd, LLC
P.O. Box 44961
Indianapolis, IN  46244
***Counsel for Indiana Mills***

John C. Gray
Jessica A. Uhlenkamp
Heidman Law Firm, LLP
128 Historic Fourth Street
P.O. Box 3086
Sioux City, IA  51102-3086
***Counsel for Lerado Group Co., Ltd.; Lerado Group (Holding) Company; Lerado (Zhong Shan) Industrial Co., Ltd.; Lerado China Limited; Lerado H.K. Limited; Dorel Industries, Inc.; and Maxi Miliaan B.V.***

Stephen G. Olson, II
Elizabeth B. Smith
Kristina J. Kamler
Engles, Ketcham, Olson & Keith, P.C.
1350 Woodmen Tower
1700 Farnam Street
Omaha, NE  68102
***Counsel for Gnotec Reftele AB; AB Gnosjogruppen AB and Holmbergs Safety System Holding AB***

>*/s/ Emily J. Wischnowski*