IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| FRANCO RIBEIRO, AND as individuals and as next friends and biological parents of Lucas Ribeiro, an infant; and DEANNA RIBEIRO, as individuals and as next friends and biological parents of Lucas Ribeiro, an infant;<br><br>                    Plaintiffs,<br><br>          vs.<br><br>BABY TREND, INC., a corporation; MARK SEDLACK,  MILLENIUM DEVELOPMENT CORP.,  INDIANA MILLS & MANUFACTURING INC.,  LERADO GROUP CO., LTD.,  LERADO GROUP (HOLDING) COMPANY, LTD.,  LERADO (ZHONG SHAN) INDUSTRIAL CO., LTD., LERADO CHINA LIMITED,  LERADO H.K. LIMITED,  HOLMBERGS SAFETY SYSTEM HOLDING AB,  GNOSJOGRUPPEN AB,  HOLMBERGS CHILDSAFETY AB,  MAXI MILIAAN B.V., AND  DOREL INDUSTRIES, INC.,<br><br>                    Defendants. | 8:12CV204<br><br>ORDER |

This matter is before the court on plaintiffs' unopposed motion to dismiss without prejudice the Holmbergs defendants. Based on the plaintiffs' representation that defendant Gnotec Reftele AB was the only Holmbergs-related entity that could have manufactured the subject crotch buckle involved in this litigation, the motion will be granted. Accordingly,

IT IS ORDERED THAT:

1. Plaintiffs' motion to dismiss without prejudice the Holmbergs defendants, Filing No. 518, is granted.

2. Defendants Holmbergs Safety System Holding AB f/k/a Holmbergs Childsafety AB; Holmbergs Childsafety AB f/k/a Kendrion Holmbergs AB d/b/a Holmbergs; Holmbergs Safety System Holding AB f/k/a Holmbergs Childsafety Holding AB d/b/a Holmbergs; Gnosjögruppen AB f/k/a Kendrion Automotive Metals AB d/b/a Holmbergs; and Holmbergs Safety System Holding AB are dismissed without prejudice.

Dated this 18th day of October, 2016

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge