IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| FRANCO RIBEIRO, as individuals and as next friends and biological parents of Lucas Ribeiro, an infant; and DEANNA RIBEIRO, as individuals and as next friends and biological parents of Lucas Ribeiro, an infant;<br><br>              Plaintiffs,<br><br>   vs.<br><br>BABY TREND, INC., a corporation; MARK SEDLACK, MILLENIUM DEVELOPMENT CORP., INDIANA MILLS & MANUFACTURING INC., LERADO GROUP CO., LTD., LERADO GROUP (HOLDING) COMPANY, LTD., LERADO (ZHONG SHAN) INDUSTRIAL CO., LTD., LERADO CHINA LIMITED, LERADO H.K. LIMITED, MAXI MILIAAN B.V., and DOREL INDUSTRIES, INC.,<br><br>              Defendants. | 8:12CV204<br><br>ORDER |

      This matter is before the Court on plaintiff's motion for leave to file instanter a sur-reply brief in opposition to defendant Indiana Mills & Manufacturing, Inc.'s (IMMI) motion for summary judgment, Filing No. 621. The sur-reply brief, Filing No. 622, is deemed filed. No additional briefing will be permitted regarding IMMI's motion for summary judgment.

      IT IS ORDERED that the plaintiff's motion for leave to file instanter a sur-reply brief, Filing No. 621, is granted.

      Dated this 28th day of February, 2017.

                                            BY THE COURT:

                                            s/ Joseph F. Bataillon
                                            Senior United States District Judge