IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| FRANCO RIBEIRO, as individuals and as next friends and biological parents of Lucas Ribeiro, an infant; and DEANNA RIBEIRO, as individuals and as next friends and biological parents of Lucas Ribeiro, an infant;<br><br>               Plaintiffs,<br><br>   v.<br><br>BABY TREND, INC., a corporation; MARK SEDLACK, MILLENIUM DEVELOPMENT CORP., INDIANA MILLS & MANUFACTURING INC., LERADO GROUP CO., LTD., LERADO GROUP (HOLDING) COMPANY, LTD., LERADO (ZHONG SHAN) INDUSTRIAL CO., LTD., LERADO CHINA LIMITED, LERADO H.K. LIMITED, MAXI MILIAAN B.V., and DOREL INDUSTRIES, INC.,<br><br>               Defendants. | **8:12CV204**<br><br><br><br><br><br><br>**ORDER** |

This matter is before the court on the plaintiffs' notice of withdrawal, Filing No. 768. The court has been informed that the plaintiffs have settled with defendants Baby Trend, Inc., Millenium Development Corp., and Mark Sedlack (hereinafter "Baby Trend Defendants"). The plaintiff and the Baby Trend defendants have agreed to withdraw their pending motions.

Additionally, defendant Baby Trend requests that the court grant sixty days for the parties to submit settlement paperwork to the court. On the representation of Baby Trend's counsel that the action against the Baby Trend defendants has been settled, the court will grant the request. Accordingly,

IT IS ORDERED:

1. The plaintiffs' and defendant Baby Trend's pending motions (Filing Nos. 573, 679, 681, 685, 687, 689, 691, 693, 696, 699, 705, 708, 711, and 725) have been withdrawn and are denied as moot.

2. Baby Trend's request for a period of up to 60 days in which to submit settlement papers is granted.

3. The plaintiffs and defendant Baby Trend shall submit settlement and dismissal papers on or before June 12, 2017.

Dated this 10th day of April, 2017.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge