IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| FRANCO RIBEIRO, as individuals and as next friends and biological parents of Lucas Ribeiro, an infant; and DEANNA RIBEIRO, as individuals and as next friends and biological parents of Lucas Ribeiro, an infant;<br><br>Plaintiffs,<br><br>vs.<br><br>BABY TREND, INC., a corporation; MARK SEDLACK, MILLENIUM DEVELOPMENT CORP., INDIANA MILLS & MANUFACTURING INC., LERADO GROUP CO., LTD., LERADO GROUP (HOLDING) COMPANY, LTD., LERADO (ZHONG SHAN) INDUSTRIAL CO., LTD., LERADO CHINA LIMITED, LERADO H.K. LIMITED, MAXI MILIAAN B.V., and DOREL INDUSTRIES, INC.,<br><br>Defendants. | 8:12CV204<br><br>ORDER |

This matter came on for a conference on April 17, 2017 on oral motion of the parties. Michael Coyle and Jordan Adam appeared in person for the Plaintiffs. Matthew King and Randall Riggs appeared by telephone and Ronald Krause appeared in person for Defendant Indiana Mills & Manufacturing, Inc. Jessica Uhlenkamp and Jason Bring appeared in person for Defendants Lerado Group Co., Ltd., Lerado Group (Holding) Company, Ltd., Lerado (Zhong Shan) Industrial Co., Ltd., Lerado China Limited, Lerado H.K. Limited (collectively the "Lerado Group"), Maxi Miliaan B.V., and Dorel Industries. The Defendant Lerado Group requests a deposition or an order requiring defendant Mark Sedlack to appear for trial testimony. After argument and due consideration, the

court orders that defendant Mark Sedlack shall make himself available for trial testimony at the request of the parties. However, he is required to appear only once during the trial.

Dated this 20th day of April, 2017.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge