IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| FRANCO RIBEIRO, as individuals and as next friends and biological parents of Lucas Ribeiro, an infant; and DEANNA RIBEIRO, as individuals and as next friends and biological parents of Lucas Ribeiro, an infant;<br><br>Plaintiffs,<br><br>vs.<br><br>BABY TREND, INC., a corporation; MARK SEDLACK; MILLENIUM DEVELOPMENT CORP.; INDIANA MILLS & MANUFACTURING INC.; LERADO GROUP CO., LTD.; LERADO GROUP (HOLDING) COMPANY, LTD.; LERADO (ZHONG SHAN) INDUSTRIAL CO., LTD.; LERADO CHINA LIMITED; LERADO H.K. LIMITED; MAXI MILIAAN B.V., and DOREL INDUSTRIES, INC.,<br><br>Defendants. | 8:12CV204<br><br>**ORDER** |

Gregory K. Garland is listed as counsel of record for the Plaintiffs. The court records show the Office of the Clerk of Court sent a notice on May 18, 2017 ([Filing No. 815](#)) to Gregory K. Garland by electronic filing. The notice directed the attorney to pay the 2017/2018 attorney assessment fee, as required by NEGenR [1.7](#)(h), within thirty days. As of the close of business on July 13, 2017, the attorney had not complied with the request set forth in the notice from the Office of the Clerk. On July 14, 2017, the court directed the attorney to pay the assessment or show cause why he could not comply with the rules of the court by July 28, 2017. Gregory K. Garland did not respond to the court's order. Accordingly,

**IT IS ORDERED:**

Gregory K. Garland is stricken as an attorney of record for the Plaintiffs. Said attorney may apply to be readmitted as an attorney of record only after paying the 2017/2018 attorney assessment fee, as required by NEGenR [1.7](#)(h).

**Dated this 10th day of August, 2017.**

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge