IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| FRANCO RIBEIRO and DEANNA RIBEIRO, as individuals and as next friends and biological parents of LUCAS RIBEIRO, an infant, | ) ) ) ) ) | CASE NO. 8:12cv204 |
| Plaintiffs, | ) ) | **MOTION TO DISMISS** |
| vs. | ) ) | |
| BABY TREND, INC., et al., | ) ) | |
| Defendants. | ) | |

COME NOW Plaintiffs, Franco Ribeiro and Deanna Ribeiro, and hereby moves the Court to dismiss with prejudice the Plaintiff's Complaint against the Defendants, including all amendments thereto, complete record waived with each party to pay their own court costs.

Dated this 15th day of December, 2017.

                            FRANCO RIBEIRO and DEANNA RIBEIRO, as individuals and biological parents and next friends of LUCAS RIBEIRO, an infant, Plaintiffs,

                            By:   /s/ *Michael F. Coyle*
                                  Michael F. Coyle, #18299
                                  Jordan W. Adam, #23723
                                  Emily J. Wischnowski, #25101
                                  FRASER STRYKER PC LLO
                                  500 Energy Plaza
                                  409 South 17th Street
                                  Omaha, NE 68102
                                  (402) 341-6000 (telephone)
                                  (402) 341-8290 (facsimile
                                  mcoyle@fraserstryker.com
                                  jadam@fraserstryker.com
                                  ewischnowski@fraserstryker.com
                                  ATTORNEYS FOR PLAINTIFF

CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing Motion to Restrict was filed electronically on December 15, 2017, with the United States District Court for the District of Nebraska using the CM/ECF system, which sent notification of such filing to the following individuals:

John W. Patton, Jr.
Michael G. Vranicar
Natalie J. Eschbach
Patton & Ryan LLC
330 N. Wabash, Ste. #3800
Chicago, IL 60611
jpatton@pattonryan.com
mvranicar@pattonryan.com
neschbach@pattonryan.com

Ronald F. Krause
David A. Blagg
Cassem, Tierney, Adams,
  Gotch, & Douglas
9290 West Dodge Road, Ste. #302
Omaha, NE 68114-3320
rkrause@ctagd.com
dblagg@ctagd.com

Matthew R. King
Randall R. Riggs
Frost, Brown & Todd, LLC
Indianapolis, IN 46244-0961
mking@fbtlaw.com
rriggs@fbtlaw.com

Jeff W. Wright
Jessica A. Uhlenkamp
1128 Historic Fourth St.
Sioux City, IA 51102-3086
jeff.wright@heidmanlaw.com
jessica.uhlenkamp@heidmanlaw.com

By: /s/ *Michael F. Coyle*, #18299

19197-51429/1737426